# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**DAVID J. GOMERINGER**
and **MANUELA K. GOMERINGER**,

    Plaintiffs,

v.                                                                                2:23-cv-89-SPC-NPM

**THE BOAT HOUSE OF CAPE CORAL, LLC**,
and **CAROLINA SKIFF, LLC**,

    Defendants.

---

## ORDER COMPELLING ARBITRATION

The parties agree to arbitrate all claims in this matter. (Doc. 50). Pursuant to the Federal Arbitration Act, this case shall be arbitrated in accordance with the terms of the written warranty's arbitration provision. (Doc. 23-1 ¶ 8). The parties must initiate the arbitration proceeding (open the file, pay any filing fees, etc.) by **April 11, 2014**. And they must complete the arbitration and file an appropriate paper to terminate this action by **January 15, 2025**. They must also immediately notify the court of any resolution by arbitration or otherwise.

This action is stayed. The clerk is directed to add a **STAY** flag to the docket and cancel all scheduled events.

                                                     **ORDERED** on March 21, 2024

                                                   NICHOLAS P. MIZELL
                                                   United States Magistrate Judge